IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDY M. MARTINEZ,

    Plaintiff,

vs.                                                                                        No.

COUNTY OF SANTA FE OF THE
STATE OF NEW MEXICO, The BOARD
OF COUNTY COMMISSIONERS OF THE
COUNTY OF SANTA FE, STATE OF
NEW MEXICO, MARK CALDWELL, in his
individual capacity and official capacity as the
WARDEN OF THE SANTA FE ADULT
DETENTION CENTER, MARK GALLEGOS, in his
individual and official capacity as the
WARDEN OF THE SANTA FE ADULT DETENTION
CENTER, THE SANTA FE ADULT DETENTION
CENTER, and JOHN DOES 1-10,

Defendants.

## NOTICE OF FILING OF STATE COURT RECORD

Defendants, COUNTY OF SANTA FE OF THE STATE OF NEW MEXICO, The BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE, STATE OF NEW MEXICO, MARK CALDWELL, in his individual capacity and official capacity as the WARDEN OF THE SANTA FE ADULT DETENTION CENTER, THE SANTA FE ADULT DETENTION CENTER, give notice of Compliance with Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico, by filing copies of the pleadings filed in the First Judicial District for the State of New Mexico, County of Santa Fe, Cause No. D 101 CV 2014 02023, by Stephen M. Peterson, Esq. against defendants COUNTY OF SANTA FE OF THE STATE OF NEW MEXICO, The

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE, STATE OF NEW MEXICO, MARK CALDWELL, in his individual capacity and official capacity as the WARDEN OF THE SANTA FE ADULT DETENTION CENTER, THE SANTA FE ADULT DETENTION CENTER.  Pleadings of the State Court Record are attached hereto.

        Respectfully submitted,

        CHILDRESS LAW FIRM, LLC

    By: /S/ Ronald J. Childress
        RONALD J. CHILDRESS
        Attorney for Defendants *County of Santa Fe and Board Of County Commissioners of the County of Santa Fe, Mark Caldwell and Santa Fe Adult Detention Center*
        6000 Uptown Blvd. NE, Suite 305
        Albuquerque, NM  87110
        Telephone:  (505) 883-8555

I HEREBY CERTIFY that on ___October 6___, 2014, the foregoing pleading was electronically filed through the CM/ECF system, and was mailed to:

Stephen M. Peterson
Peterson's Law Office
P.O. Box 2259
Ranchos de Taos, NM 87557-2259
smp@kitcarson.net

/S/ Ronald J. Childress
RONALD J. CHILDRESS