IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDY M MARTINEZ,

    Plaintiff,

v.                                          CIV 14-0900 MV/KBM

COUNTY OF SANTA FE et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings Recommending Dismissal of the Complaint without Prejudice on March 17, 2016 *(Doc. 24).* The proposed findings notify Plaintiff of his ability to file objections within fourteen (14) days and that failure to do so waives appellate review. *Id.* at 2. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered to Plaintiff's current address of record.

Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

    1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 24)* is ADOPTED;

    2.    Plaintiff's Complaint for Violations of Civil Rights, Negligent Training and Supervision and Damages *(Doc. 3-1)* is dismissed **without prejudice;**

    3.    A final order is entered concurrently herewith.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE